IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT GLOBAL SALES AND MARKETING, LTD., formerly known as INTELSAT UK, LTD.,<br><br>Building 3, Suite 214<br>Chiswick Park, 556 Chiswick High Road<br>London  W45YA<br>United Kingdom<br>A United Kingdom Corporation,<br><br>      Plaintiff,<br><br>v.<br><br>UNIFI COMMUNICATIONS, INC.<br>A New York Corporation,<br><br>      373 91st Street, Suite 3A<br>      Brooklyn NY  11290<br><br>      Defendant.<br><br>SERVE:   J Adrian Shatky<br>               Chief Executive Officer<br>               373-01 Street<br>               Ste 3A<br>               Brooklyn, New York, 11209 | CA No. _____ |

## **COMPLAINT**

Plaintiff Intelsat Global Sales and Marketing, by counsel, files this Complaint against defendant Unifi Communications, Inc. ("Unifi"), and pleads as follows:

1. P Plaintiff Intelsat Global Sales and Marketing, Ltd., formerly known as Intelsat UK, Ltd. ("Intelsat"), is a corporation existing under the laws of the United Kingdom.

2. Defendant Unifi is a New York corporation with its principal place of business in the State of New York.

3. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §1332, as there is diversity of citizenship between the parties and the amount in controversy exceeds $75,000.

4. Jurisdiction and venue in this Court is proper, as defendant has breached its Contract with plaintiff in the District of Columbia, and defendant has also irrevocably consented to the jurisdiction of this court.

5. On February 25, 2004, Intelsat and Unifi entered into a Service Order Contract ("the Contract"). Under the terms of the Contract, Intelsat agreed to provide Unifi with certain telecommunications services, and Unifi agreed to pay Intelsat's charges and fees for such services as described in the Service Contracts made part of the Contract, and agreed to pay all invoices issued by Intelsat for such services.

6. Plaintiff provided telecommunications services to defendant pursuant to the Contract and has performed all its obligations under the Contract.

7. Pursuant to the Contract and the Service Contracts, as of December 5, 2005, plaintiff has issued invoices totaling $94,414.01 to defendant, which invoices defendant has failed to pay. A Statement of Account is attached hereto as Exhibit 1.

8. On November 25, 2005, pursuant to the Contract, plaintiff terminated the Contract and all Service Contracts between plaintiff and defendant for non-payment.

Pursuant to the Contract and the Service Contract, as of December 5, 2005, defendant owes plaintiff the sum of $94,414.01, together with interest due thereafter at the rate of 16 percent, and the costs of collection.

9. Despite repeated demand for payment, defendant has failed to make payments as due.

## COUNT ONE

(Breach of Contract)

10. Plaintiff incorporates the allegations of paragraphs 1 through 9 above.

11. Under the terms of the Contract, defendant agreed to pay Intelsat's charges and invoices.

12. Defendant has breached the terms of the Contract and the Service Contracts by failing to pay for the services rendered by plaintiff under those agreements and by failing to pay plaintiff's invoices.

13. Plaintiff has been damaged as a result of defendant's breaches.

14. Under the terms of the Contract, plaintiff is entitled to its cost of collection of this debt.

## COUNT TWO

(Quantum Meruit/Unjust Enrichment)

15. Plaintiff incorporates the allegations of paragraphs 1 through 9 above.

16. Plaintiff has conferred benefits on defendant by providing telecommunications services for defendant's use.

17. Defendant was aware of the benefits conferred by plaintiff, and has accepted those benefits.

18. It would be inequitable for defendant to retain such benefits without compensation to plaintiff.

19. Plaintiff has been damaged as a result of defendant's failure to pay for the benefits conferred on defendant by plaintiff.

WHEREFORE plaintiff Intelsat Global Sales and Marketing demands judgment in its favor against defendant Unifi, Inc. in the amount of $94,414.01, together with interest, its costs herein, and its attorneys' fees, and such other relief as to the Court seems proper.

                                              INTELSAT GLOBAL SALES AND
                                              MARKETING
                                              By Counsel

_____
David I. Bledsoe
Bar No. 422596
300 North Washington Street
Suite 708
Alexandria, VA 22314
703-379-9424
703-684-1851(fax)

# STATEMENT OF ACCOUNT
## 04-Apr-06

Intelsat Global Sales and Marketing Ltd.
Building 3 Suite 214
Chiswick Park 566 Chiswick High Road
London W45YA United Kingdom
Telephone 44(0)208 899 6035
Fax 44(0)208 899 6194
VAT Number 678 767 556



## UNIFI Communications Inc (#24928)
Attention: Finance / Accounting Department
373 91st Street Suite 3a,
Brooklyn, NY, United States

**Intelsat Credit Administrator:**
Liz Bell
Phone: 202 944-7916
Fax: 202-944-6950
elisabetta.bonini@intelsat.com

Wire Transfers Instruction:
Intelsat Global Sales and Marketing Ltd.
Citibank London
Account no.: 10265683
Sort Code: 18 50 08
Swift Code: CITIGB2L
IBAN Code: GB40 CITI 1850 0810 2656 83
Citibank N.A., Citibank House
336 Strand London
WC2R 1HB

| Transaction Type | Transaction Number | Invoice Date | Due Date | Original Transaction Amt | Balance Outstanding |
|---|---|---|---|---|---|
| NCBS-M3Act | B-1051319 | 01-Jul-04 | 30-Jul-04 | $21,050.00 | $7,550.00 ✓ |
| LPI Chg. Invoice | I-101518 | 04-Nov-04 | 04-Dec-04 | $460.67 | $460.67 ✓ |
| LPI Chg. Invoice | I-101686 | 27-Jan-05 | 26-Feb-05 | $460.67 | $460.67 ✓ |
| NCBS-M3Act | B-1081706 | 01-Mar-05 | 30-Mar-05 | $13,500.00 | $13,500.00 ✓ |
| NCBS-M3Act | B-1089717 | 01-May-05 | 30-May-05 | $23,200.00 | $11,200.00 ✓ |
| LPI Chg. Invoice | I-101920 | 24-May-05 | 23-Jun-05 | $472.67 | $472.67 ✓ |
| NCBS-M3Act | B-1102058 | 01-Aug-05 | 30-Aug-05 | $12,000.00 | $12,000.00 ✓ |
| NCBS-M3Act | B-1106268 | 01-Sep-05 | 30-Sep-05 | $12,000.00 | $12,000.00 ✓ |
| LPI Chg. Invoice | I-102118 | 31-Aug-05 | 30-Sep-05 | $770.00 | $770.00 ✓ |
| NCBS-M3Act | B-1110521 | 01-Oct-05 | 30-Oct-05 | $12,000.00 | $12,000.00 ✓ |
| NCBS-M3Act | B-1114838 | 01-Nov-05 | 30-Nov-05 | $12,000.00 | $12,000.00 |
| NCBS-M3Act | 024928-120531-0 | 01-Dec-05 | 31-Dec-05 | $12,000.00 | $12,000.00 |

| Current Due | 1 to 30 Days | 31 to 60 Days | 61 to 90 Days | Greater Than 90 Days | Total Due |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $94,414.01 | $94,414.01 |

If you have any questions regarding this statement please contact your Intelsat Credit Administrator (Liz Bell).
This statement reflects all transactions posted to the abovementioned account as at 03/04/2006.

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS

INTELSAT GLOBAL SALES AND )MARKETING, LTD.
Building 3, Suite 214
Chiswick Park, 556 Chiswick High Road
London  W45YA
United Kingdom

## DEFENDANTS

UNIFI COMMUNICATIONS, INC.
373 91st Street, Suite 3A
Brooklyn NY  11290

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

David I. Bledsoe
Bar No 422596
300 North Washington Street
Suite 708
Alexandria, VA  22314
703-379-9424
703-684-1851(fax)

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 2 U.S. Government Defendant
○ 3 Federal Question (U.S. Government Not a Party)
● 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ● 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ● 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ○ A. *Antitrust*
☐ 410 Antitrust

### ○ B. *Personal Injury/Malpractice*
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. *Administrative Agency Review*
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. *General Civil (Other)*    OR    ○ F. *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ◉ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☒ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
◉ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

**VII. REQUESTED IN COMPLAINT**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  DEMAND $ 94,414.01  Check YES only if demanded in complaint
JURY DEMAND:  YES ☐  NO ☒

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  YES ☐  NO ☐  If yes, please complete related case form.

DATE 1/15/07    SIGNATURE OF ATTORNEY OF RECORD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.