CO-386-online
10/03

# United States District Court
# For the District of Columbia

INTELSAT GLOBAL SALES AND MARKETING, LTD.  )
Building 3, Suite 214  )
Chiswick Park, 556 Chiswick High Road  )
London  W45YA  )
United Kingdom  )
                       Plaintiff  )
       VS  )  Civil Action No._____
   )
UNIFI COMMUNICATIONS, INC.  )
A New York Corporation,  )
373 91st Street, Suite 3A  )
Brooklyn NY  11290  )
                       Defendant  )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Plaintiff_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Intelsat Global Sales and Marketing, Ltd.__ which have any outstanding securities in the hands of the public:

Intelsat, Ltd., Intelsat (Bermuda), Ltd., Intelsat Intermediate Holding Company, Ltd., Intelsat Subsidiary Holding Company, Ltd., and Intelsat Corporation

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

__422596__
BAR IDENTIFICATION NO.

DAVID I. BLEDSOE
Print Name

300 N. Washington St., Suite 708
Address

ALEXANDRIA VA 22314
City      State      Zip Code

703 379 9424
Phone Number