IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

INTELSAT GLOBAL SALES AND )
      MARKETING, LTD., formerly known )
      as INTELSAT UK, LTD., )
                                )
                                )
          Plaintiff, )
                                )
v. )      CA No. 07-0117-EGS
                                )
UNIFI COMMUNICATIONS, INC. )
                                )
          Defendant. )
                                )
                                )
                                )
_____ )

## MOTION FOR VOLUNTARY DISMISSAL


     Plaintiff Intelsat Global Sales and Marketing, by counsel, files this Motion for Voluntary

Dismissal pursuant to F.R.Civ. P. 41(a), and moves to dismiss its Complaint with prejudice.



_____/s/_____
David I. Bledsoe
Bar No. 422596
300 North Washington Street
Suite 708
Alexandria, VA  22314
703-379-9424
703-684-1851(fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
INTELSAT GLOBAL SALES AND              )
    MARKETING, LTD., formerly known     )
    as INTELSAT UK, LTD.,               )
                                          )
                                          )
        Plaintiff,                   )
                                          )
v.                                     )     CA No. 07-0117-EGS
                                          )
UNIFI COMMUNICATIONS, INC.             )
                                          )
        Defendant.                   )
                                          )
                                          )
_____ )

## **ORDER**

       This matter having come before the Court on Plaintiff Intelsat USA Sales Corporation's

Motion for Voluntary Dismissal pursuant to F.R.Civ. P. 41(a), it is hereby

       ORDERED that this matter is dismissed without prejudice.

       ENTERED THIS _____ DAY OF _____, 2007.


                           _____\
                            Emmet G. Sullivan
                            United States District Judge