IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT GLOBAL SALES AND MARKETING, LTD., formerly known as INTELSAT UK, LTD., <br><br>　　　　Plaintiff, <br><br>v. <br><br>UNIFI COMMUNICATIONS, INC. <br><br>　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CA No. 07-0117-EGS |

**RESPONSE TO ORDER**

Plaintiff Intelsat Global Sales and Marketing, by counsel, in response to this Court's Order of May 21, 2007, states that this matter has been resolved and it has filed a Motion for Voluntary Dismissal pursuant to F.R.Civ. P. 41(a).


_____/s/_____
David I. Bledsoe
Bar No. 422596
300 North Washington Street
Suite 708
Alexandria, VA  22314
703-379-9424
703-684-1851(fax)